373 A.2d 1148

Jones & Laughlin Steel Corporation et al. v. Transport Indemnity Company et al., Appellants.

Argued November 8, 1976. James A. Beinkemper, Sr., with him Wayman, Irvin, Trushel & McAuley, for appellants; Daniel P. Stefko, with him Dickie, McCamey & Chilcote, for appellees.

Order and decree affirmed.